Seale *v.* City of San Francisco.

APPEAL from the Superior Court of the City of San Francisco.

*F. M. Haight*, for Appellant.

*McDougall & Sharp*, for Respondent.

COPE, J.—The questions in this case were decided in *Argenti* v. *City of San Francisco*, and upon the authority of that case the judgment is affirmed.

FIELD, C. J.—I concur in the judgment.

On petition for rehearing, the following was the opinion.

FIELD, C. J.—This case is similar, in many respects, to that of *Argenti* v. *The City*, recently determined. The views expressed in the

opinion upon the petition for a rehearing in that case cover the facts of this.

Rehearing denied.

COPE, J.—I concur in the denial of the rehearing.